**STATE v. UNDERWOOD**

[352 N.C. 669 (2000)]

STATE OF NORTH CAROLINA v. LAMONT CLAXTON UNDERWOOD

No. 579PA99

(Filed 6 October 2000)

On writ of certiorari pursuant to N.C.G.S. § 7A-32(b) of a unanimous decision of the Court of Appeals, 134 N.C. App. 533, 518 S.E.2d. 231 (1999), finding no error in judgments entered by Ferrell, J., on 25 July 1997 in Superior Court, Watauga County. Heard in the Supreme Court 11 September 2000.

*Michael F. Easley, Attorney General, by Ronald M. Marquette, Special Deputy Attorney General, for the State.*

*David Bingham and Thomas M. King for defendant-appellant.*

PER CURIAM.

WRIT OF CERTIORARI IMPROVIDENTLY ALLOWED.